UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JIKIRI BAUTISTA, an individual, ARI SILVA, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>WFS EXPRESS, a Delaware corporation, CONSOLIDATED AVIATION SERVICES, a New York Corporation,<br><br>Defendants. | No. C18-757 RSM<br><br>STIPULATED MOTION AND ORDER TO EXTEND ANSWER DEADLINE |

## **STIPULATED MOTION**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendants WFS Express and Worldwide Flight Services as a successor in interest to Consolidated Aviation Services ("Defendants") move for an order extending their deadline to file an Answer by 14 days until June 15, 2018. This is the first time Defendants have requested an extension, and this request is made before the expiration of the existing deadline (June 1, 2018). Plaintiffs have stipulated to this motion.

For the foregoing reasons, Defendants respectfully request that the Court grant this motion and enter the accompanying proposed order.

///

///

///

DATED this 31st day of June, 2018.

STIPULATED MOTION AND ORDER TO EXTEND ANSWER DEADLINE
(2:18-cv-00757-RSM) - 1

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

| BADGLEY MULLINS TURNER PLLC | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| Attorney for Plaintiffs | Attorneys for Defendants WFS Express and Worldwide Flight Services as a Successor in Interest to Consolidated Aviation Services |
| */s/Duncan C. Turner* | */s/Paula Lehmann* |
| Duncan C. Turner, WSBA #20597<br>19929 Ballinger Way NE, Suite 200<br>Seattle, WA 98155<br>P: (206) 621-6566<br>E-mail: dturner@badgleymullins.com | Paula Lehmann, WSBA #20678<br>Katie Rosen, WSBA #29465<br>1201 Third Avenue, Suite 2200<br>Seattle, WA 98101-3045<br>P: (206) 757-8134<br>E-mail: paulalehmann@dwt.com<br>katierosen@dwt.com |

STIPULATED MOTION AND ORDER TO EXTEND ANSWER DEADLINE
(2:18-cv-00757-RSM) - 2

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

# ORDER

THIS MATTER came before the Court on Defendants' Stipulated Motion to Extend Answer Deadline. That motion is GRANTED. Defendants' Answer to the Complaint shall be filed on or before June 15, 2018.

DATED this 6th day of June 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER TO EXTEND ANSWER DEADLINE
(2:18-cv-00757-RSM) - 3

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax