UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JIRIKI BAUTISTA, an individual, ARI SILVA, an individual<br><br>Plaintiff,<br><br>v.<br><br>WFS EXPRESS, a Delaware corporation, CONSOLIDATED AVIATION SERVICES, a New York Corporation<br><br>Defendants. | No. C18-757 RSM<br><br>STIPULATED MOTION AND ORDER TO MODIFY SCHEDULING ORDER |

Pursuant to Fed. R. Civ. P. 6(b)(1), the parties move for an order modifying the scheduling order to extend all existing deadlines by two months. *See* Dkt. #18.

In support of this request, the parties stipulate and agree that, despite the parties' diligence, additional time is needed to complete pre-class certification discovery contemplated under the existing case schedule due to the complexity of this case. *Id.* This is the parties' second request to modify the scheduling order. The parties believe that a brief two-month extension will enable both to complete necessary discovery and proceed with class certification briefing as contemplated in the existing scheduling order.

**STIPULATED MOTION AND ORDER TO MODIFY SCHEDULING ORDER - 1**
Case No.: 2:18-cv-00757-RSM

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686

For the foregoing reasons, the parties respectfully request that the Court grant this motion, and enter a modified case schedule extending all existing deadlines by two months.

STIPULATED TO AND SUBMITTED this 6th day of February, 2019.

| BADGLEY MULLINS TURNER PLLC | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| */s/Duncan C. Turner* | */s/Paula Lehmann* |
| Duncan C. Tuner, WSBA #20597 | Paula Lehmann, WSBA #20678 |
| 19929 Ballinger Way NE, Suite 200 | Katie Rosen, WSBA #29465 |
| Seattle, WA 98155 | 1201 Third Avenue, Suite 2200 |
| Telephone: (2060 621-6566 | Seattle, WA 98101 |
| Email: dturner@badgleymullins.com | Telephone: (206) 622-3150 |
| **Attorneys for Plaintiffs** | Email: paulalehmann@dwt.com |
| | katierosen@dwt.com |
| | **Attorneys for Defendants** |

ABEL M. TSEGGA, PLLC

*/s/Abel M. Tsegga*
Abel M. Tsegga, WSBA No. #46349
PO Box 5246, Lynnwood, WA 98046
144 Railroad Ave., #308
Edmonds, WA 98020
Telephone: (206) 697-4878
Email: abel@tglawgrp.com
**Attorneys for Plaintiffs**

## ORDER

The parties' stipulated motion is GRANTED. The clerk is directed to issue an amended scheduling order extending each deadline by two months.

DATED this 8th day of February 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

**STIPULATED MOTION AND ORDER TO MODIFY SCHEDULING ORDER - 2**
Case No.: 2:18-cv-00757-RSM

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686