1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

JIRIKI BAUTISTA, an individual, ARI SILVA,
an individual

No. C18-0757 RSM

10

                Plaintiff,

STIPULATED MOTION AND
ORDER FOR TEMPORARY
STAY OF CASE OF 150 DAYS

11

     v.

12

13

WFS EXPRESS, a Delaware corporation,
CONSOLIDATED AVIATION SERVICES, a
New York Corporation

14

               Defendants.

15

16
        Plaintiffs Jikiri Bautista and Ari Silva ("Plaintiffs"), and Defendants WFS Express and

17
Consolidated Aviation Services (collectively, the "Defendants") hereby move on a stipulated

18
and agreed basis for an order temporarily staying all litigation in this case for 150 days while

19
the Parties schedule, prepare for and complete mediation in an attempt to reach an agreement to

20
resolve this action. In support of this Stipulated Motion, Plaintiffs and Defendants state as

21
follows:

22
        1.      On April 25, 2018, the Plaintiffs commenced this action by filing a complaint in

23
King County Superior Court against the Defendants. On May 25, 2018, the Defendants

24
removed this action to the United States District Court for the Western District of Washington

25
pursuant to the Class Action Fairness Act (28 U.S.C. §1332(d)).

26

STIPULATED MOTION AND ORDER FOR
TEMPORARY STAY OF CASE OF 150 DAYS -1
Case No.: 2:18-cv-00757-RSM

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
**TEL** 206.621.6566
**FAX** 206.621.9686

2.	In the subsequent twelve months, the Parties have participated in substantial documentary discovery, including the production of timekeeping and payroll data for Defendants' employees, who comprise the putative class.

3.	Counsel for the Parties have conferred regarding the relevant factual and legal issues in this case, and whether it would be preferable to participate in early mediation before undertaking signification litigation and motions practice relating to the validity of the Plaintiffs' claims and theories. The Parties have also considered the Court's practice of encouraging litigants to explore early settlement initiatives that might shorten the duration and cost of litigation.

4.	As result of these discussions, the Parties have agreed that before Plaintiffs further litigate their claims and move the Court for class certification, and before Defendants pursue their defenses (including motions practice), it is in the best interest of the Parties to explore settlement of this matter by way of mediation. In line with this agreement, the Parties have agreed to continue documentary and deposition discovery to allow an informed and thorough mediation process.

5.	The Parties believe that in the next 150 days, they can: (1) agree upon a neutral mediator and schedule a mediation session; (2) complete the discovery necessary to prepare for mediation; and (3) conduct the mediation. However, the Parties also agree that if they are simultaneously attempting to comply with Court deadlines and participate in motions practice, this would reduce their ability to constructively participate in mediation.

On the basis of the foregoing, the Parties request the Court enter an Order staying this action for all purposes for a period of at least 150 days so that the Parties may conduct early settlement efforts.

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686

STIPULATED TO AND SUBMITTED this 27th day of June, 2019.

| BADGLEY MULLINS TURNER PLLC | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| */s/Duncan C. Turner* | */s/ Nathaniel J. Wonderly* |
| Duncan C. Tuner, WSBA #20597 | Kathryn S. Rosen, WSBA #29465 |
| Mark A. Trivett, WSBA #46375 | Nathaniel J. Wonderly, WSBA #51925 |
| 19929 Ballinger Way NE, Suite 200 | 920 Fifth Avenue, Suite 3300 |
| Seattle, WA 98155 | Seattle WA 98104-1610 |
| Telephone: 206-621-6566 | Telephone: 206-757-8134 |
| Email: dturner@badgleymullins.com | Facsimile 206-757-7134 |
| Email: mtrivett@badgleymullins.com | Email: katierosen@dwt.com |
| **Attorneys for Plaintiffs** | Email: joewonderly@dwt.com |

ABEL M. TSEGGA, PLLC

*/s/Abel M. Tsegga*
Abel M. Tsegga, WSBA No. #46349
PO Box 5246, Lynnwood, WA 98046
144 Railroad Ave., #308
Edmonds, WA 98020
Telephone: 206-697-4878
Email: abel@tglawgrp.com
**Attorneys for Plaintiffs**

STIPULATED MOTION AND ORDER FOR
TEMPORARY STAY OF CASE OF 150 DAYS -3
Case No.: 2:18-cv-00757-RSM

## ORDER

Having reviewed the Parties' Stipulated Motion for Temporary Stay of Case for 150 Days, the Court grants the motion for good cause shown within and orders that all litigation in this action is temporarily stayed for one-hundred fifty (150) days from the entry of this order to enable the Parties to focus on and conduct additional settlement efforts. Within 150 days, the Parties shall file a status report with the Court describing the status of the Parties' efforts to resolve this matter. The trial date and all other deadlines are hereby vacated.

DATED this 28th day of June 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER FOR
TEMPORARY STAY OF CASE OF 150 DAYS -4
Case No.: 2:18-cv-00757-RSM

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686