The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JIKIRI BAUTISTA, an individual, ARI SILVA, an individual;<br>　　　　　　　　Plaintiffs,<br>v.<br>WFS EXPRESS, a Delaware corporation, CONSOLIDATED AVIATION SERVICES, a New York corporation;<br>　　　　　　　　Defendants. | No. 2:18-cv-00757 RSM<br><br>**STIPULATED MOTION AND ORDER EXTENDING TEMPORARY STAY OF CASE FOR 14 DAYS** |

Plaintiffs Jikiri Bautista and Ari Silva ("Plaintiffs"), and Defendants WFS Express and Consolidated Aviation Services (collectively, the "Defendants") hereby move on a stipulated and agreed basis for an order extending the temporary stay in this case for an additional fourteen days. In support of this Stipulated Motion, Plaintiffs and Defendants state as follows:

1. On February 10, 2020, the Parties conducted a mediation with Judge Steve Scott, ret., but were ultimately unable to reach settlement.

2. Following the February 10, 2020 mediation, the Parties remained interested in reaching a mutually acceptable negotiated settlement, and discussions between the Parties' Counsels are ongoing.

3. The Parties agree that if they are simultaneously attempting to comply with Court deadlines and participate in motions practice, this would reduce their ability to constructively participate in settlement discussions.

STIPULATED MOTION AND ORDER
EXTENDING TEMPORARY STAY OF
CASE FOR 14 DAYS - 1
No. 2:18-cv-00757 RSM

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686

On the basis of the foregoing, the Parties request the Court enter an Order staying this action for all purposes for a period of at least 14 days so that the Parties may conduct additional settlement efforts.

STIPULATED TO AND SUBMITTED this 13th day of March, 2020.

| BADGLEY MULLINS TURNER PLLC | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| */s/Duncan C. Turner* | */s/ Kathryn S. Rosen* |
| Duncan C. Tuner, WSBA #20597 | Kathryn S. Rosen, WSBA #29465 |
| Mark A. Trivett, WSBA #46375 | 920 Fifth Avenue, Suite 3300 |
| 19929 Ballinger Way NE, Suite 200 | Seattle WA 98104-1610 |
| Seattle, WA 98155 | Telephone: 206-757-8134 |
| Telephone: 206-621-6566 | Facsimile 206-757-7134 |
| Email: dturner@badgleymullins.com | Email: katierosen@dwt.com |
| Email: mtrivett@badgleymullins.com | Email: joewonderly@dwt.com |
| **Attorneys for Plaintiffs** | **Attorney for Defendant** |

ABEL M. TSEGGA, PLLC

*/s/Abel M. Tsegga*
Abel M. Tsegga, WSBA No. #46349
PO Box 5246, Lynnwood, WA 98046
144 Railroad Ave., #308
Edmonds, WA 98020
Telephone: 206-697-4878
Email: abel@tglawgrp.com
**Attorney for Plaintiffs**

STIPULATED MOTION AND ORDER
EXTENDING TEMPORARY STAY OF
CASE FOR 14 DAYS - 2
No. 2:18-cv-00757 RSM

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686

# ORDER

Having reviewed the Parties' Stipulated Motion for Order Extending Temporary Stay of Case for 14 Days, the Court grants the motion for the good cause shown within and orders that all litigation in this action is temporarily stayed for fourteen (14) days from the entry of this order to enable the Parties to focus on and conduct additional settlement efforts. Upon expiration of this temporary stay, the Parties shall file a status report confirming whether or not they have reached a putative agreement.

**IT IS SO ORDERED**

DATED this 17 day of March, 2020.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER EXTENDING TEMPORARY STAY OF CASE FOR 14 DAYS - 3
No. 2:18-cv-00757 RSM

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686