UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JIRIKI BAUTISTA, an individual, ARI SILVA, an individual<br><br>Plaintiffs,<br><br>v.<br><br>WFS EXPRESS, a Delaware corporation, CONSOLIDATED AVIATION SERVICES, a New York Corporation<br><br>Defendants. | No. C18-757 RSM<br><br>ORDER ON PLAINTIFFS' MOTION FOR CASE SCHEDULE |

This matter comes before the Court on Plaintiffs' Motion for New Case Schedule. Dkt. #37. Defendants do not oppose the requested relief. Dkt. #39. Accordingly, the Court ORDERS as follows:

1) Plaintiffs' Motion for Case Schedule, Dkt. #37, is GRANTED.
2) The Court makes no ruling as to the enforceability of the Settlement Agreement between the parties.
3) The Clerk of the Court is directed to issue a new case schedule and trial date.

DATED this 21st day of October, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER ON PLAINTIFFS' MOTION FOR CASE SCHEDULE - 1