The Honorable Ricardo S. Martinez
Noted for: May 21, 2021

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JIKIRI BAUTISTA, an individual, ARI SILVA, an individual;<br><br>  Plaintiffs,<br>v.<br><br>WFS EXPRESS, a Delaware corporation, CONSOLIDATED AVIATION SERVICES, a New York corporation;<br><br>  Defendants. | NO. 2:18-cv-00757 RSM<br><br>**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT**<br><br>**NOTING DATE: May 21, 2021** |

Counsel for the Plaintiff and Class, Badgley Mullins Turner, PLLC and Abel M. Tsegga, PLLC ("Class Counsel"), respectfully submits this Motion for Final Approval of the Settlement.[1] Settlement Class Members have received reasonable notice of the proposed settlement and have had the opportunity to opt-out or object. To date, no Settlement Class Members have objected, indicating that they view the settlement as fair and reasonable.

---

[1] Unless otherwise provided herein, all capitalized terms in this Motion shall have the same meaning as set forth in the Order Granting Class Certification, and Preliminarily Approving Class Action Settlement. Dkt. #45.

PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT- 1

Case No. 2:18-cv-00757 RSM

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686

## I. FACTUAL HISTORY.

This action was originally filed in King County Superior Court on April 25, 2018, and it was removed to federal court on May 25, 2018. Beginning in June 2019, the Parties began efforts to coordinate a mediation in hopes of resolving the dispute. Declaration of Duncan Turner, ¶2. The Parties agreed to mediate with Judge Steve Scott, ret. *Id*. The mediation was originally set for October 23, 2019 but was eventually re-scheduled to February 10, 2020. *Id*. On February 10, 2020, the Parties participated in a six-hour mediation session with Judge Scott but were unable to reach resolution. *Id*.

Following the unsuccessful mediation, counsels for the Parties continued their settlement and discovery efforts, including detailed analysis of Defendants' timekeeping records for the period between May 15, 2016 and November 21, 2020. These settlement discussions involved numerous offers and counteroffers, as the Parties attempted to reach agreement as to the relevant Class Period and measure of damages. These diligent and extended efforts came to fruition with the signing of a Conditional Settlement Agreement in January 8, 2021. Turner Dec., Ex. One. (the "Settlement Agreement.")

Under that Settlement Agreement, the Defendants agreed to pay up to Six Hundred Fifteen Thousand dollars ($615,000.00) inclusive of the request attorney's fees, costs, and incentive awards. Class Counsel also negotiated for the Defendants to pay all associated employee-contribution payroll taxes, a value of approximately $32,187.[2]

---

[2] Calculation performed using a presumed employee-contribution rate of 7.65%. The actual figure paid by Defendants for employee-contribution payroll taxes may be higher or lower based on the real rate.

PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT- 2
Case No. 2:18-cv-00757 RSM

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
**TEL** 206.621.6566
**FAX** 206.621.9686

On February 1, 2021, the Court granted the Parties' Stipulated Motion for Certification of Settlement Class, and certified the following class of individuals:

> All hourly employees at Employers' Sea-Tac International Airport ("STIA") facility who worked on the Amazon contract during the period between May 15, 2016 and November 21, 2020, and who have not disclaimed in sworn testimony experiencing missed meal or rest periods.

For this settlement, CPT Group was appointed Class Administrator.

On March 1, 2021, CPT Group began mailing notices to Class Members. See Declaration of Daniel La, ¶5 and Exhibit A. That notice provided a dispute, objection, and exclusion deadline of March 31, 2021. *Id*. After some notices were returned as undeliverable, CPT Group performed address searches and re-mailed them to new addresses. *Id*., ¶6. Of the entire Class population, only eleven notices were ultimately undeliverable. *Id*. No Class Members objected to the proposed settlement, and only one (1) requested to be excluded. Id., ¶9.

On May 3, 2021, Class Counsel filed their Motion for Attorney's Fees and Costs, and Incentive Awards for Class Representatives. Class Counsel seeks a ruling on that motion in conjunction with the Court's final approval of this Settlement.

## II.     DISCUSSION.

### A.     Settlement Class Members Received Notice of the Settlement and the Opportunity to Voluntarily Opt-Out.

In its February 1, 2021 Order, the Court set the guidelines for providing Settlement Class Members with notice of the Parties' proposed settlement. Dkt. #45, pg. 3. CPT Group has diligently distributed the Class Notice to Settlement Class Members. The Court-approved Class Notice was mailed to the last known address for each Settlement Class Member and CPT Group took steps to rectify undelivered notices. *See* Declaration of Daniel Law, representative of CPT Group.

PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT- 3
Case No. 2:18-cv-00757 RSM

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686

As the evidence provided with this Motion demonstrates, the Parties' have completed the Court-ordered notice program and provided Settlement Class Members the opportunity to opt-out. As result, one (1) Settlement Class Members chose to opt-out.

### B. No Settlement Class Members Have Objected to the Class Definition or Allocation Plan.

The Notice of Settlement mailed to Settlement Class Members identified the Parties' proposed class definition and plan of allocating settlement funds. The Notice of Settlement also provided detailed instructions for Settlement Class Members to submit objections, including the following:

> If you do nothing and you are a Settlement Class Member, you will be deemed to have waived your right to litigate your case individually, and you will participate in the Settlement of the Action as described above in this Notice if the Settlement is approved.

To date, Class Counsel has received no objections from Settlement Class Members on **any** subject. Thus, the Court should certify the proposed class definition and plan for allocation of settlement funds.

### III. CONCLUSION

As the evidence attached to this Motion demonstrates, Settlement Class Members have been provided the opportunity to object or opt-out of the proposed Settlement. To date, no Class Member has done so. As such, Class Counsel moves the Court to: (1) approve the class definition, (2) approve the proposed class action settlement, and find it fair, reasonable, and the result of arm's length negotiations, (3) order Hertz to fund the settlement, and (4) order Class Counsel to distribute settlement funds to Settlement Class Members.

PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT- 4
Case No. 2:18-cv-00757 RSM

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686

DATED this 3rd day of May 2021.

        BADGLEY MULLINS TURNER, PLLC

        /s/ Mark A. Trivett_____
        Mark A. Trivett, WSBA No. 46375
        Duncan C. Turner, WSBA No. 20597
        Telephone:  (206) 621-6566
        Facsimile:   (206) 621-9686
        Email: mtrivett@badgleymullins.com
        Email: dturner@badgleymullins.com
        *Attorneys for Plaintiffs*

        ABEL M. TSEGGA, PLLC

        */s/Abel M. Tsegga_____*
        Abel M. Tsegga, WSBA No. #46349
        PO Box 5246, Lynnwood, WA 98046
        144 Railroad Ave., #308
        Edmonds, WA 98020
        Telephone: 206-697-4878
        Email: abel@tglawgrp.com
        *Attorney for Plaintiffs*

PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT- 5
Case No. 2:18-cv-00757 RSM

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
**TEL** 206.621.6566
**FAX** 206.621.9686

**CERTIFICATE OF SERVICE**

I hereby certify that on May 3rd, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following party(ies):

DAVIS WRIGHT TREMAINE LLP

Paula L. Lehmann, WSBA #20678
Kathryn S. Rosen, WSBA #29465
Victoria M. Slade, WSBA #44597
Grace K. Thompson, WSBA #54218
920 Fifth Avenue, Suite 3300
Seattle WA 98104
Telephone: 206-622-3150
Facsimile 206-757-7700
Email: paulalehmann@dwt.com
Email: katierosen@dwt.com
Email: vickyslade@dwt.com
Email: gracethompson@dwt.com
**Attorneys for Defendants**

*s/ Yonten Dorjee*
Yonten Dorjee, Paralegal
BADGLEY MULLINS TURNER PLLC
Email: ydorjee@badgleymullins.com

PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT- 6
Case No. 2:18-cv-00757 RSM

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
**TEL** 206.621.6566
**FAX** 206.621.9686