# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JIKIRI BAUTISTA, an individual,<br>ARI SILVA, an individual;<br><br>      Plaintiffs,<br><br>      v.<br><br>WFS EXPRESS, a Delaware corporation,<br>CONSOLIDATED AVIATION SERVICES,<br>a New York corporation;<br><br>      Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER:   C18-00757RSM |

____   **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**X**   **Decision by Court**.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that the Court hereby dismisses this action and any and all settled claims with prejudice as to Plaintiffs and all Class Members, and without costs or attorneys' fees to any Party except as provided under the terms of the Settlement Agreement, this Final Judgment, and the Court's Order Granting Plaintiffs' Motion for Award of Attorney's Fees and Incentive Awards.

    DATED this 3rd day of June, 2021.

                                                WILLIAM M. McCOOL
                                                      Clerk

                                                    *s/Paula McNabb*
                                                    Deputy Clerk